UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

COLLEEN DENNIS,

    Plaintiff,

v.                                                                                   Case No.: 8:17-cv-2022-T-36AAS

CARSON SMITHFIELD, LLC,

    Defendant.
_____/

**ORDER**

Before the Court is Plaintiff Colleen Dennis' ("Plaintiff's") **Unopposed Motion to Enlarge Time to Conduct Case Management Conference**. (Doc. 14).

On August 25, 2017, the Court entered its Related Case Order and Notice, which required the parties to have a Case Management Conference within sixty days after service of the complaint. (*See* Doc. 3). Defendant Carson Smithfield, LLC ("Defendant") was served with process on September 5, 2017 (Doc. 5), making November 6, 20017 the deadline to conduct the Case Management Conference and then file the Case Management Report within fourteen days thereafter. *See* Local Rule 3.05(c)(2)(B).

"When an act may or must be done within a specified time, the court may, for good cause, extend the time[.]" Fed. R. Civ. P. 6(b)(1). Here, Plaintiff asserts that the parties are undertaking exchanges of documents in an effort to expedite litigation. (Doc. 14 at 2–3). Also, Plaintiff posits that more time is needed before preparing and filing the Case Management Report as Plaintiff needs time to serve a subpoena on her telecommunications provider and obtain independent third party records. (*Id.*). Defendant agrees with Plaintiff on the resolution of this motion. (*Id.* at 1).

1

Upon consideration, the Courts finds that Plaintiff has sufficiently demonstrated the requisite good cause to extend the deadline to conduct the Case Management Conference and then file the Case Management Report. Accordingly, it is **ORDERED** that Plaintiff's Unopposed Motion to Enlarge Time to Conduct Case Management Conference (Doc. 14) is **GRANTED**. The parties shall conduct a Case Management Conference **by December 18, 2017**, and then file the Case Management Report within 14 days thereafter.

**DONE AND ORDERED** in Tampa, Florida on this 18th day of October, 2017.

AMANDA ARNOLD SANSONE
United States Magistrate Judge