## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**COLLEEN DENNIS,**  Case No. 8:17-cv-02022-CEH-AAS

    **Plaintiff,**

v.

**CARSON SMITHFIELD, LLC**

    **Defendant.**
_____/

## STIPULATED NOTICE OF VOLUNTARY DISMISSAL
## WITH PREJUDICE OF DEFENDANT CARSON SMITHFIELD, LLC

**COME NOW**, Plaintiff, **COLLEEN DENNIS** ("Plaintiff"), and Defendant, **CARSON SMITHFIELD, LLC** ("Defendant"), by and through the undersigned counsel, hereby stipulate pursuant to Fed. R. Civ. P. 41 and agree that Plaintiff's cause against Defendant should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted this **December 7, 2017**,

| | |
|---|---|
| */s/ Kaelyn Steinkraus*_____ | */s/ Brandon T. White*_____ |
| Kaelyn Steinkraus, Esq. | Brandon T. White |
| Florida Bar No. 125132 | Florida Bar No. 106792 |
| Michael A. Ziegler, Esq. | **REED SMITH LLP** |
| Florida Bar No. 74864 | 1001 Brickell Bay Drive, Suite 900 |
| **Law Office of Michael A. Ziegler, P.L.** | Miami, Florida 33131 |
| 13575 58th Street North, | (P) 786-747-0222 |
| Ste. 129 | (F) 786-747-0299 |
| Clearwater, FL 33760 | bwhite@reedsmith.com |
| (p) (727) 538-4188 | *Attorneys for Defendant* |
| (f) (727) 362-4778 | |
| mike@zieglerlawoffice.com | |
| kaelyn@zieglerlawoffice.com | |
| *Attorneys and Trial Counsel for Plaintiff* | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this **07** day of **December, 2017**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Kaelyn Steinkraus*
Kaelyn Steinkraus, Esq.
Florida Bar No. 125132