UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

COLLEEN DENNIS,

    Plaintiff,

v.   Case No: 8:17-cv-2022-T-36AAS

CARSON SMITHFIELD, LLC,

    Defendant.
_____/

## **ORDER**

Before the Court is the Stipulated Notice of Voluntary Dismissal with Prejudice of Defendant Carson Smithfield, LLC (Doc. 20). In accord with the Stipulated Notice of Voluntary Dismissal with Prejudice of Defendant Carson Smithfield, LLC, it is **ORDERED AND ADJUDGED** as follows:

1)   The Stipulated Notice of Voluntary Dismissal with Prejudice of Defendant Carson Smithfield, LLC is **APPROVED** (Doc. 20).

2)   This cause is dismissed, with prejudice. Each party shall bear its own costs and attorneys' fees.

3)   The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida on December 8, 2017.

Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record